**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ivy Shelby-Pate                      CHAPTER 13

              Debtor(s)

                                                      BKY. NO. 19-14435 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                        Respectfully submitted,

                                     /s/ *Rebecca A. Solarz*
                                       Rebecca Solarz
                                       29 Oct 2020, 12:03:20, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322