**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| **IVY SHELBY-PATE** | : | **BK. No. 19-14435-amc** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| **Movant** | : | |
| **v.** | : | |
| **IVY SHELBY-PATE** | : | |
| **Respondent** | : | **11 U.S.C. §362** |
| | : | |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of **FREEDOM MORTGAGE CORPORATION** (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1457 N HOLLYWOOD ST, PHILADELPHIA, PA 19121 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and **FREEDOM MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

**Date: February 11, 2021**            _____

Ashely M. Chan
BANKRUPTCY JUDGE


IVY SHELBY-PATE
1457 HOLLYWOOD STREET
PHILADELPHIA, PA 19121

SHARON S. MASTERS, ESQUIRE
THE LAW OFFICE OF SHARON S. MASTERS
2201 PENNSYLVANIA AVE.
#517
PHILADELPHIA, PA 19130

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106