| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14435-AMC**

IVY SHELBY-PATE  
1457 HOLLYWOOD STREET  
PHILADELPHIA  PA    19121

Petition Filed Date: 07/14/2019  
341 Hearing Date: 09/27/2019  
Confirmation Date: 05/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $72.00 | | 03/02/2020 | $72.00 | | 03/30/2020 | $72.00 | |
| 04/02/2020 | $228.00 | | 05/04/2020 | $300.00 | | 06/11/2020 | $300.00 | |
| 07/06/2020 | $300.00 | | 08/03/2020 | $300.00 | | 08/31/2020 | $300.00 | |
| 10/05/2020 | $300.00 | | 11/16/2020 | $300.00 | | 12/01/2020 | $300.00 | |
| 01/05/2021 | $300.00 | | 02/25/2021 | $300.00 | | 03/08/2021 | $300.00 | |
| 04/05/2021 | $300.00 | | 05/24/2021 | $300.00 | | 06/08/2021 | $300.00 | |

**Total Receipts for the Period:  $4,644.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,937.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»»  001 | Unsecured Creditors | $205.50 | $0.00 | $205.50 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $2,218.34 | $2,218.34 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $667.30 | $0.00 | $667.30 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 4 | BECKET & LEE, LLP<br>»»  003 | Unsecured Creditors | $563.44 | $0.00 | $563.44 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»»  04A | Mortgage Arrears | $12,081.10 | $1,355.40 | $10,725.70 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»»  04B | Mortgage Arrears | $3,290.65 | $369.20 | $2,921.45 |
| 7 | POLICE & FIRE FCU<br>»»  005 | Unsecured Creditors | $1,994.90 | $0.00 | $1,994.90 |
| 8 | POLICE & FIRE FCU<br>»»  006 | Unsecured Creditors | $5,051.77 | $0.00 | $5,051.77 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14435-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,937.00 | Current Monthly Payment: | $383.50 |
| Paid to Claims: | $4,242.94 | Arrearages: | $167.00 |
| Paid to Trustee: | $424.06 | Total Plan Base: | $19,877.88 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.