**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Ivy Shelby-Pate | ) Chapter 13 |
| | ) Bankruptcy No. 19-14435amc |
| Debtor(s) ) | |

**ORDER**

    AND NOW, this ___ day of _____, 2021, after consideration of Debtor's Motion to Modify Plan Post-Confirmation, the response(s) thereto and hearing thereon, it is hereby ORDERED that the Motion is hereby GRANTED.

    The Fourth Amended Plan shall be filed within (5) days of entry of this Order and shall take effect immediately thereafter.

_____
J.

**Date: June 23, 2021**